IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LEWIS TRUCK LINES, INC., a North Dakota corporation; LEWIS TRANSPORTATION SYSTEMS, INC., a North Dakota corporation; DAKOTA CARTAGE COMPANY, INC., a North Dakota corporation; LEWIS PACKAGE SERVICE, INC., a North Dakota corporation; and ROBERT J. LEWIS LIMITED PARTNERSHIP, a North Dakota limited partnership,<br><br>　　　　　　　Defendants. | Case No. 06 C 2369<br>Judge Rebecca R. Pallmeyer<br>Magistrate Judge Maria Valdez |

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, one of its present Trustees, hereby move the Court for entry of a consent judgment. In support thereof, Plaintiffs state:

　　　　1.　　On May 4, 2006, Plaintiffs filed this action for collection of withdrawal liability, interest, and penalties incurred by an employer as a result of a withdrawal from the Pension Fund pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA") as amended by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1001, et seq. (1982).

2. The parties agree to the entry of the Consent Judgment directed at Lewis Package Service, Inc., attached hereto as Exhibit A and signed by the representative of the parties.

3. Therefore, Plaintiffs respectfully request the entry of the Consent Judgment attached hereto.

**WHEREFORE**, Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, one of its present Trustees, respectfully request the Court to enter the proposed Consent Judgment.

Respectfully submitted,

April 26, 2007

  s/ Rathna C. Rodgers
Rathna C. Rodgers (ARDC #06239131)
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3435
rrodgers@centralstatesfunds.org

## CERTIFICATE OF SERVICE

I, Rathna C. Rodgers, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on April 27, 2007, I caused the foregoing Notice of Agreed Motion and the Plaintiffs' Agreed Motion for Entry of Consent Judgment to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

      s/ Rathna C. Rodgers
      Rathna C. Rodgers (ARDC #06239131)
      One of Central States' Attorneys